U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 7 2026
CLERK, U.S. DISTRICT COURT
By ______
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

KHALWINDER SINGH BHENGURA (01)

Case No. 4:26-CR-314-P
**[Supersedes Indictment Returned on September 10, 2026]**

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Introduction

1. Defendant **Khalwinder Singh Bhengura** was born in India and is a citizen of that country. He became a lawful permanent resident of the United States on June 29, 2022. He is not a United States citizen and has never applied to become one.

2. On January 24, 2024, **Bhengura** registered to vote in Tarrant County using a Texas Voter Registration Application. At the top of this form, **Bhengura** answered "yes" in response to the question "[a]re you a United States citizen?" Further down on the form he signed his name affirming (1) that he understood that giving false information to procure a voter registration is perjury, and a crime under state and federal law" and (2) that he was a "resident of this county and a U.S. citizen."

3. Based on the information **Bhengura** provided in his application, including his false statement that he was a United States citizen, **Bhengura's** application to register to vote was accepted, and he was successfully registered to vote in the State of Texas.

4. On August 1, 2024, **Bhengura** again registered to vote in Tarrant County when he applied for a Texas driver license by checking the boxes on his application indicating that he was a United States citizen and that, as a United States citizen, he wanted to register to vote. By checking these boxes, he affirmed that "I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law" and that "I am a resident of [Tarrant] [C]ounty . . . and a U.S. citizen."

5. On or about November 5, 2024, **Bhengura** voted in person for the general and special elections. He cast his ballot at the East Library and Recreation Center in Arlington, Texas, which is in the Fort Worth Division of the Northern District of Texas. The 2024 general election included an election for the offices of President of the United States, Vice President of the United States, Presidential Elector, Member of the Senate, and Member of the House of Representatives.

6. Paragraphs 1 through 5 are incorporated in each Count of this Superseding Indictment.

***[Remainder of page intentionally left blank]***

Count One
False Statements of Citizenship in Order to Register to Vote
(Violation of 18 U.S.C. § 1015(f))

On or about January 24, 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Khalwinder Singh Bhengura**, an alien, knowing that he was not a United States citizen, knowingly made a false statement or claim that he was a citizen of the United States in order to register to vote in a Federal, State, and Local election.

In violation of 18 U.S.C. § 1015(f).

Count Two
False Statements of Citizenship in Order to Register to Vote
(Violation of 18 U.S.C. § 1015(f))

On or about August 1, 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Khalwinder Singh Bhengura**, an alien, knowing that he was not a United States citizen, knowingly made a false statement or claim that he was a citizen of the United States in order to register to vote in a Federal, State, and Local election.

In violation of 18 U.S.C. § 1015(f).

Count Three
Voting by an Alien in a Federal Election
(Violation of 18 U.S.C. § 611)

On or about November 5, 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Khalwinder Singh Bhengura**, an alien, knowing that he was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential Elector, Member of the Senate, and Member of the House of Representatives.

In violation of 18 U.S.C. § 611.

A TRUE BILL.

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

Matthew Capoccia
Assistant United States Attorney
Texas State Bar No. 24121526
801 Cherry Street, Unit #4
Fort Worth, TX 76102
Tel: (817) 252-5200
Fax: (817) 252-5455
Email: matthew.capoccia@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

KHALWINDER SINGH BHENGURA (01)

---

SUPERSEDING INDICTMENT

18 U.S.C. § 1015(f)
False Statements of Citizenship in Order to Register to Vote
Counts 1 and 2

18 U.S.C. § 611
Voting by an Alien in a Federal Election
Count 3

---

A true bill rendered

---

FORT WORTH ____________________ FOREPERSON

Filed in open court this 7th day of October 2026.

---

**On Pretrial Release Conditions**

---

UNITED STATES MAGISTRATE JUDGE
Pending Criminal Matter 4:26-CR-00314-P